# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLE DESIGN LTD., <br>     Plaintiff, <br><br> v. <br><br> MEDIA STUDIO INC – ALL VIDEO DOWNLOADER APPS, <br>     Defendant. | CV 22-04352-DSF-MAR <br><br> Order to Show Cause re Dismissal for Lack of Prosecution as to Media Studio Inc – All Video Downloader Apps |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

    In this case, Media Studio Inc – All Video Downloader Apps failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before [14 days] why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: September 19, 2022

                                                                Dale S. Fischer <br>
                                                                United States District Judge