# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLE DESIGN LTD., et al., <br><br> Plaintiff, <br><br> v. <br><br> FUNSOL TECHNOLOGIES PVT LTD dba MEDIA STUDIO INC., <br><br> Defendant. | Case No.: 2:22-cv-04352-DSF-MAR <br><br> **JUDGMENT** |

    The Court having granted the motion for default judgment of Plaintiffs Simple Design Ltd. and Astral IP Enterprise Ltd. against Defendant Funsol Technologies Pvt. Ltd dba Media Studio Inc,

    IT IS ORDERED AND ADJUDGED that:

    1) Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a) using the  images, or any other logo, icon, or other identifying mark that is substantially similar to Plaintiff's U.S. Trademark Registration Nos. 6274928, 6274929, 6197407, for downloading and playing videos, and remove any mobile application or other product using the images, or other substantially similar image that is not affiliated or authorized by Plaintiff to be sold or made available for download on Google Play or any other online platform;

b) committing any acts calculated to cause consumers to believe that Defendant's mobile application(s) is/are sold and/or offered for download under the authorization, control or supervision of Plaintiffs, or is sponsored by, approved by, or otherwise connected with Plaintiffs; and

c) further infringing Plaintiffs' Registration Nos. 6274928, 6274929, 6197407, or any of Plaintiffs' trademarks relating to Plaintiffs' mobile applications for downloading and playing videos and damaging Plaintiffs' goodwill and reputation.

2) Defendant shall, within ten business days after receipt of such notice, remove its infringing mobile applications from any other online platform which Defendant's mobile applications may be available.

3) Should Defendant's infringing mobile applications remain active on any online platform after ten business days following Defendant's receipt of this Order, and on Plaintiffs' request, any other online platforms (collectively, the Third-Party Providers), shall, within ten business days after receipt of such request by Plaintiffs, remove Defendant's infringing mobile applications from the Third-Party Provider's respective online platform.

Date: 9/18/2023

Honorable Judge Dale S. Fischer
United States District Judge

3